1  William E. von Behren, State Bar No. 106642
   bvonbehren@vbhlaw.com
2  Andrew R. Hunter, State Bar No. 125191
   ahunter@vbhlaw.com
3  Carol B. Lewis, State Bar No. 130188
   clewis@vbhlaw.com
4  Joann V. Lee, State Bar No. 251653
   jlee@vbhlaw.com
5  VON BEHREN & HUNTER LLP
   2041 Rosecrans Avenue, Suite 367
6  El Segundo, CA 90245
   Telephone: (310) 607-9111
7  Facsimile: (310) 615-3006

8  Attorneys for Defendant
   BLUE CROSS AND BLUE SHIELD OF SOUTH
9  CAROLINA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE BURGESS, individually and on behalf of a class and subclass of similarly situated individuals, <br><br> Plaintiff, <br> vs. <br><br> BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, a South Carolina corporation; and DOES 1 through 10, inclusive,, <br><br> Defendants. | Case No. 2:12-CV-01048-WBS-DAD <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

   WHEREAS, plaintiff IRENE BURGESS ("Plaintiff") served upon defendant BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA ("Defendant"), the Complaint in this action on or about March 20, 2012;

   WHEREAS, this action was removed from the Superior Court of California to United States District Court, Eastern District of California on or about April 19, 2012;.

   WHEREAS, pursuant to Order entered on April 20, 2012 (the "Order"), the Court scheduled a Status (Pretrial Scheduling) Conference for August 20, 2012 at 2:00 p.m.;

1  WHEREAS, the parties have agreed to certain informal discovery for the purpose of
2  engaging in an early mediation and potential resolution of the action;

3  WHEREAS, the parties have secured a mediation date of October 8, 2012, before
4  Jeffrey Krivis, Esq. in Los Angeles; and

5  WHEREAS, for good cause, and in order to conserve the parties' and the Court's
6  resources and time, the parties wish to continue the date of the Status Conference to a date
7  convenient to the Court at least 30 days after the mediation date of October 8, 2012 so that
8  the parties, at that time, may either report any settlement to the Court or have sufficient time
9  to submit a Joint Status Report as required by the Order.

10  ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiff and
11  Defendant, by and through their respective attorneys of record, that the date of the Status
12  (Pretrial Scheduling) Conference be continued to a date at least 30 days after October 8,
13  2012.

Dated:  July 11, 2012            William E. von Behren
                                  Andrew R. Hunter
                                  Carol Burney Lewis
                                  Joann V. Lee
                                  VON BEHREN & HUNTER LLP


                                  By:   /S/ - Andrew R. Hunter
                                        Andrew R. Hunter
                                        Attorneys for Defendant
                                        BLUE CROSS AND BLUE SHIELD
                                        OF SOUTH CAROLINA


Dated:  July 11, 2012            Kenneth S. Gaines
                                  Daniel F. Gaines
                                  Alex P. Katofsky
                                  GAINES & GAINES, APLC


                                  By:   /S/ - Alex P. Katofsky
                                        Alex P. Katofsky
                                        GAINES & GAINES, APLC
                                        Attorneys for Plaintiff
                                        IRENE BURGESS

- 2 -
Case No.  2:12-CV-01048-WBS-DAD
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF STATUS CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Good cause having been shown, the date of the Status (Pretrial Scheduling) Conference is continued to **November 13, 2012 at 2:00 p.m.** in Courtroom 5 of the above-entitled Court.  A Joint Status Report shall be filed no later than **October 29, 2012**.

IT IS SO ORDERED.

Dated: July 11, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245