1  William E. von Behren, State Bar No. 106642
   bvonbehren@vbhlaw.com
2  Andrew R. Hunter, State Bar No. 125191
   ahunter@vbhlaw.com
3  Carol B. Lewis, State Bar No. 130188
   clewis@vbhlaw.com
4  Joann V. Lee, State Bar No. 251653
   jlee@vbhlaw.com
5  VON BEHREN & HUNTER LLP
   2041 Rosecrans Avenue, Suite 367
6  El Segundo, CA 90245
   Telephone:  (310) 607-9111
7  Facsimile:  (310) 615-3006

8  Attorneys for Defendant
   BLUE CROSS AND BLUE SHIELD OF SOUTH
9  CAROLINA

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12

13 IRENE BURGESS, individually and on      Case No. 2:12-CV-01048-WBS-DAD
   behalf of a class and subclass of similarly
14 situated individuals,                    **STIPULATION AND [PROPOSED]
                                            ORDER TO CONTINUE DATE OF
15         Plaintiff,                       STATUS (PRETRIAL SCHEDULING)
       vs.                                  CONFERENCE**
16
   BLUE CROSS AND BLUE SHIELD OF
17 SOUTH CAROLINA, a South Carolina
   corporation; and DOES 1 through 10,
18 inclusive,,

19         Defendants.

20

21        WHEREAS, plaintiff IRENE BURGESS ("Plaintiff") served upon defendant BLUE

22 CROSS AND BLUE SHIELD OF SOUTH CAROLINA ("Defendant"), the Complaint in

23 this action on or about March 20, 2012;

24        WHEREAS, this action was removed from the Superior Court of California to

25 United States District Court, Eastern District of California on or about April 19, 2012;.

26        WHEREAS, pursuant to Order entered on April 20, 2012 (the "Order"), the Court

27 scheduled a Status (Pretrial Scheduling) Conference for August 20, 2012 at 2:00 p.m.;

28

1    WHEREAS, the parties have agreed to certain informal discovery for the purpose of
2  engaging in an early mediation and potential resolution of the action;

3    WHEREAS, the parties have secured a mediation date of October 8, 2012, before
4  Jeffrey Krivis, Esq. in Los Angeles; and

5    WHEREAS, for good cause, and in order to conserve the parties' and the Court's
6  resources and time, the parties wish to continue the date of the Status Conference to a date
7  convenient to the Court at least 30 days after the mediation date of October 8, 2012 so that
8  the parties, at that time, may either report any settlement to the Court or have sufficient time
9  to submit a Joint Status Report as required by the Order.

10    ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiff and
11  Defendant, by and through their respective attorneys of record, that the date of the Status
12  (Pretrial Scheduling) Conference be continued to a date at least 30 days after October 8,
13  2012.

14  Dated:  July 11, 2012          William E. von Behren
                                   Andrew R. Hunter
15                                 Carol Burney Lewis
                                   Joann V. Lee
16                                 VON BEHREN & HUNTER LLP

17

18                                 By:   /S/ - Andrew R. Hunter
                                         Andrew R. Hunter
19                                       Attorneys for Defendant
                                         BLUE CROSS AND BLUE SHIELD
20                                       OF SOUTH CAROLINA

21
    Dated:  July 11, 2012          Kenneth S. Gaines
22                                 Daniel F. Gaines
                                   Alex P. Katofsky
23                                 GAINES & GAINES, APLC

24

25                                 By:   /S/ - Alex P. Katofsky
                                         Alex P. Katofsky
26                                       GAINES & GAINES, APLC
                                         Attorneys for Plaintiff
27                                       IRENE BURGESS

28

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

ORDER

Good cause having been shown, the date of the Status (Pretrial Scheduling) Conference is continued to **November 13, 2012 at 2:00 p.m.** in Courtroom 5 of the above-entitled Court.  A Joint Status Report shall be filed no later than **October 29, 2012**.

IT IS SO ORDERED.

Dated:  July 11, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE