KENNETH S. GAINES, ESQ. SBN 049045
ken@gaineslawfirm.com
DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
**GAINES & GAINES, APLC**
21550 Oxnard Street, Suite 980
Woodland Hills, CA 91367
Telephone: (818) 703-8985
Facsimile: (818) 703-8984
Attorneys for Plaintiff IRENE BURGESS, individually and on behalf of a class and subclass of similarly situated individuals

WILLIAM E. VON BEHREN, SBN 106642
bvonbehren@vbhlaw.com
ANDREW R. HUNTER, SBN 125191
ahunter@vbhlaw.com
CAROL B. LEWIS, SBN 130188
clewis@vbhlaw.com
JOANN V. LEE, SBN 251653
jlee@vbhlaw.com
**VON BEHREN & HUNTER LLP**
2041 Rosecrans Avenue, Suite 367
El Segundo, CA 90245
Telephone: (310) 607-9111
Facsimile: (310) 615-3006
Attorneys for Defendant
BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE BURGESS, individually and on behalf of a class and subclass of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, a South Carolina corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | 2:12-cv-01048-WBS-DAD<br><br>**ORDER REGARDING STIPULATION TO REMAND CASE TO STATE COURT** |

**ORDER**

Pursuant to stipulation of the parties and for good cause showing, IT IS ORDERED that this action shall immediately be remanded to the Superior Court for the State of California, County of San Joaquin.

**IT IS SO ORDERED:**

DATED: October 11, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER REGARDING STIPULATION TO REMAND CASE TO STATE COURT