1    KENNETH S. GAINES, ESQ. SBN 049045
     ken@gaineslawfirm.com
2    DANIEL F. GAINES, ESQ. SBN 251488
     daniel@gaineslawfirm.com
3    ALEX P. KATOFSKY, ESQ. SBN 202754
     alex@gaineslawfirm.com
4    **GAINES & GAINES, APLC**
     21550 Oxnard Street, Suite 980
5    Woodland Hills, CA 91367
     Telephone: (818) 703-8985
6    Facsimile:  (818) 703-8984
     Attorneys for Plaintiff IRENE BURGESS,
7    individually and on behalf of a class and
     subclass of similarly situated individuals
8
     WILLIAM E. VON BEHREN, SBN 106642
9    bvonbehren@vbhlaw.com
     ANDREW R. HUNTER, SBN 125191
10   ahunter@vbhlaw.com
     CAROL B. LEWIS, SBN 130188
11   clewis@vbhlaw.com
     JOANN V. LEE, SBN 251653
12   jlee@vbhlaw.com
     **VON BEHREN & HUNTER LLP**
13   2041 Rosecrans Avenue, Suite 367
     El Segundo, CA 90245
14   Telephone: (310) 607-9111
     Facsimile: (310) 615-3006
15   Attorneys for Defendant
     BLUE CROSS AND BLUE SHIELD OF SOUTH
16   CAROLINA

17

18               **UNITED STATES DISTRICT COURT**

19               **EASTERN DISTRICT OF CALIFORNIA**

20   IRENE BURGESS, individually and on behalf     2:12-cv-01048-WBS-DAD
     of a class and subclass of similarly situated
21   individuals,                              **ORDER REGARDING STIPULATION TO**
                                            **REMAND CASE TO STATE COURT**
22                Plaintiff,

23   v.

24   BLUE CROSS AND BLUE SHIELD OF
     SOUTH CAROLINA, a South Carolina
25   corporation;  and DOES 1 through 10, inclusive,

26               Defendants.

27

28                          -1-

## ORDER

Pursuant to stipulation of the parties and for good cause showing, IT IS ORDERED that this action shall immediately be remanded to the Superior Court for the State of California, County of San Joaquin.

**IT IS SO ORDERED:**

DATED:    October 11, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-

ORDER REGARDING STIPULATION TO REMAND CASE TO STATE COURT